UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GEMMA KWOLEK** | : | |
| | : | |
| *Plaintiff* | : | Civil Action No.: 3:23-CV-01065-JCH |
| | : | |
| vs. | : | |
| | : | |
| **NRT NEW ENGLAND LLC d/b/a** | : | |
| **COLDWELL BANKER REALTY,** | : | |
| **FRANK BALISCIANO, NANCY** | : | |
| **SILVERSTEIN, and TAYLOR** | : | |
| **BALISCIANO** | : | |
| | : | |
| *Defendants* | : | NOVEMBER 27, 2023 |

## DEFENDANT NRT NEW ENGLAND LLC d/b/a COLDWELL BANKER REALTY, FRANK BALISCIANO and NANCY SILVERSTIEN'S ANSWER AND SPECIAL DEFENSES

### BY WAY OF ANSWER:

### As to Nature and Basis of Actions

1-10. As to paragraphs one (1) through ten (9), inclusive, of the Nature and Basis of Action of plaintiff's August 9, 2023 Complaint ("Complaint"), the defendants, NRT New England LLC dba Coldwell Banker Realty, Frank Balisciano and Nancy Silverstein ("Coldwell Banker defendants") have insufficient knowledge or information to form a belief, deny the same, and leave the plaintiff to her proof.

### As to Background Facts

11-12. As to paragraphs eleven (11) and twelve (12), inclusive, of the Background Facts of plaintiff's Complaint, the Coldwell Banker defendants have insufficient knowledge or information to form a belief, deny the same, and leave the plaintiff to her proof.

13-16. The Coldwell Banker defendants admit the allegations contained in paragraphs thirteen (13) through sixteen (16), inclusive, of the Background Facts of plaintiff's Complaint, with the exception of Exhibit A which the Coldwell Banker defendants neither admit nor deny as the document speaks for itself.

17-19. As to paragraphs seventeen (17) through nineteen (19), inclusive, of the Background Facts of plaintiff's Complaint, the Coldwell Banker defendants have insufficient knowledge or information to form a belief, deny the same, and leave the plaintiff to her proof, with the exception of Exhibit A which the Coldwell Banker defendants neither admit nor deny as the document is not in evidence and speaks for itself.

20. The Coldwell Banker defendants deny the allegations contained in paragraph twenty (20) of the Background Facts of plaintiff's Complaint.

21. The Coldwell Banker defendants admit the allegations contained in paragraph twenty-one (21) of the Background Facts of plaintiff's Complaint, with the exception of Exhibit B which the Coldwell Banker defendants neither admit nor deny as the document is not in evidence and speaks for itself.

22-23. The Coldwell Banker defendants deny the allegations contained in paragraph twenty-two (22) and paragraph twenty-three (23), inclusive, of the Background Facts of plaintiff's Complaint.

24. So much of paragraph twenty-four (24) of the Background Facts of plaintiff's Complaint as alleges that "Ms. Kwolek signed and executed a Real Estate Purchase and Sale Agreement (the "Purchase Agreement") for the Property on or about August 8, 2021" is admitted. With respect to the remaining allegations contained therein, the Coldwell Banker defendants have insufficient knowledge or information to form a belief, deny the same, and leave the plaintiff to

her proof, with the exception of Exhibit C which the Coldwell Banker defendants neither admit nor deny as the document is not in evidence and speaks for itself.

25-26. As to paragraphs twenty-five (25) and twenty-six (26), inclusive, of the Background Facts of plaintiff's Compliant, the Coldwell Banker defendants have insufficient knowledge or information to form a belief, deny the same, and leave the plaintiff to her proof.

27. The Coldwell Banker defendants admit the allegations in paragraph twenty-seven (27) of the Background Facts of plaintiff's Complaint.

28-47. As to paragraphs twenty-eight (28) through forty-seven (47), inclusive, of the Background Facts of plaintiff's Complaint, the Coldwell Banker defendants have insufficient knowledge or information to form a belief, deny the same, and leave the plaintiff to her proof, with the exception of Exhibits, D, E and F which the Coldwell Banker defendants neither admit nor deny as the documents are not in evidence and speak for themselves.

48. As to paragraph forty-eight (48) of the Background Facts of plaintiff's Complaint, the Coldwell Banker defendants deny the same.

49. As to paragraph forty-nine (49) of the Background Facts of plaintiff's Complaint, the Coldwell Banker defendants have insufficient knowledge or information to form a belief, deny the same, and leave the plaintiff to her proof.

50-55. As to paragraphs fifty (50) through fifty-five (55), inclusive, of the Background Facts of plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count I:**

56. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through fifty-five (55), inclusive, of Nature and Basis of Actions and

Background Facts I of the plaintiff's Complaint as their responses to paragraph fifty-six (56) of Count I of the plaintiff's Complaint.

57-61. With respect to the allegations contained in paragraphs fifty-seven (57) through sixty-one (61), inclusive, of Count I of plaintiff's Complaint, the Coldwell Banker defendant deny the same.

**As to Count II:**

62. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through sixty-one (61), inclusive, of Count I of the plaintiff's Complaint as their responses to paragraph sixty-two (62) of Count II of the plaintiff's Complaint.

63-65. The Coldwell Banker defendants admit the allegations contained in paragraphs sixty-three (63) through sixty-five (65), inclusive, of Count II of plaintiff's Complaint.

66-69. With respect to the allegations contained in paragraphs sixty-six (66) through sixty-nine (69), inclusive, of Count II of plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count III:**

70. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through sixty-nine (69), inclusive, of Count II of the plaintiff's Complaint as their responses to paragraph seventy (70) of Count III of the plaintiff's Complaint.

71-73. The Coldwell Banker defendants admit the allegations contained in paragraph seventy-one (71) through seventy-three (73), inclusive, of Count III of plaintiff's Complaint.

74-79. With respect to the allegations contained in paragraphs seventy-four (74) through seventy-nine (79), inclusive, of Count III of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count IV:**

80. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through seventy-nine (79), inclusive, of Count III of the plaintiff's Complaint as their responses to paragraph eighty (80) of Count IV of the plaintiff's Complaint.

81-86. The Coldwell Banker defendants admit the allegations contained in paragraph eight-one (81) through paragraph eighty-six (86), inclusive, of Count IV of the plaintiff's Complaint.

87-91. With respect to the allegations contained in paragraphs eighty-seven (87) through ninety-one (91), inclusive, of Count IV of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count V:**

92. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through ninety-one (91), inclusive, of Count IV of the plaintiff's Complaint as their responses to paragraph ninety-two (92) of Count V of the plaintiff's Complaint.

93-94. The Coldwell Banker defendants admit the allegations contained in paragraph ninety-three (93) and paragraph ninety-four (94), inclusive, of Count V of the plaintiff's Complaint.

95-96. As to paragraph ninety-five (95) and paragraph ninety-six (96) of Count V of the plaintiff's Complaint, the Coldwell Banker defendants have insufficient knowledge or information to form a belief, deny the same, and leave the plaintiff to her proof.

97-98. With respect to the allegations contained in paragraph ninety-seven (97) and ninety-eight (98), inclusive, of Count V of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count VI:**

99.     The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through ninety-eight (98), inclusive, of Count V of the plaintiff's Complaint as their responses to paragraph ninety-nine (99) of Count VI of the plaintiff's Complaint.

100-102.    The Coldwell Banker defendants admit the allegations contained in paragraph one hundred (100) through paragraph one-hundred-two (102), inclusive, of Count VI of the plaintiff's Complaint.

103-104.    As to the allegations contained in paragraph one-hundred-three (103) and paragraph one-hundred-four (104), inclusive, of Count VI of the plaintiff's Complaint, the Coldwell Banker defendants have insufficient knowledge and information to form a belief, deny the same, and leave the plaintiff to her proof.

105-110.    As to the allegations contained in paragraph one-hundred-five (105) through one-hundred-ten (110), inclusive, of Count VI of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count VII:**

111.    The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through one-hundred-ten (110), inclusive, of Count VI of the plaintiff's Complaint as their responses to paragraph one-hundred-eleven (111) of Count VII of the plaintiff's Complaint.

112-117.    The Coldwell Banker defendants admit the allegations contained in paragraph one-hundred-twelve (112) through paragraph one-hundred-seventeen (117), inclusive, of Count VII of the plaintiff's Complaint.

118-123. As to the allegations contained in paragraph one-hundred-eighteen (118) through one-hundred-twenty-three (123), inclusive, of Count VII of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count VIII:**

124. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through one-hundred-twenty-three (123), inclusive, of Count VII of the plaintiff's Complaint as their responses to paragraph one-hundred-twenty-four (124) of Count VIII of the plaintiff's Complaint.

125-129. The Coldwell Banker defendants admit the allegations contained in paragraph one-hundred-twenty-five (125) through paragraph one-hundred-twenty-nine (129), inclusive, of Count VIII of the plaintiff's Complaint.

130-136. As to the allegations contained in paragraph one-hundred-thirty (130) through one-hundred-thirty-six (136), inclusive, of Count VIII of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count IX:**

137. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through one-hundred-thirty-six (136), inclusive, of Count VIII of the plaintiff's Complaint as their responses to paragraph one-hundred-thirty-seven (137) of Count IX of the plaintiff's Complaint.

138-143. As to the allegations contained in paragraph one-hundred-thirty-eight (138) through one-hundred-forty-three (143), inclusive, of Count IX of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count X:**

144. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through one-hundred-forty-three (143), inclusive, of Count IX of the plaintiff's Complaint as their responses to paragraph one-hundred-forty-four (144) of Count X of the plaintiff's Complaint.

145. The Coldwell Banker defendants admit the allegations contained in paragraph one-hundred-forty-five (145) of Count X of the plaintiff's Complaint.

146-150. As to the allegations contained in paragraph one-hundred-forty-six (146) through one-hundred-fifty (150), inclusive, of Count X of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count XI:**

151. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through one-hundred-fifty (150), inclusive, of Count X of the plaintiff's Complaint as their responses to paragraph one-hundred-fifty-one (151) of Count XI of the plaintiff's Complaint.

152-156. As to the allegations contained in paragraph one-hundred-fifty-two (152) through one-hundred-fifty-six (156), inclusive, of Count XI of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**As to Count XII:**

157. The Coldwell Banker defendants incorporate by reference their Answers to paragraphs one (1) through one-hundred-fifty-six (156), inclusive, of Count XI of the plaintiff's Complaint as their responses to paragraph one-hundred-fifty-seven (157) of Count XII of the plaintiff's Complaint.

158-162.　　As to the allegations contained in paragraph one-hundred-fifty-eight (158) through one-hundred-sixty-two (162), inclusive, of Count XII of the plaintiff's Complaint, the Coldwell Banker defendants deny the same.

**AS TO SPECIAL DEFENSES**

### FIRST SPECIAL DEFENSE

Any recovery by the plaintiff is barred, in whole or in part, because of the plaintiff's own comparative negligence pursuant to Connecticut General Statutes §52-572h for the reason that the plaintiff had the right to a physical inspection, exercised that right, sought compensation for certain items revealed by the physical inspection, but raised no concern or issue about an underground oil storage tank referenced in the plaintiff's inspection report.

### SECOND SPECIAL DEFENSE

The plaintiff's claims are barred, in whole or in part, by the doctrine of merger. Plaintiff's Deed of Conveyance of September 15, 2021 superseded all representations or warranties from the Purchase & Sale Agreement.

### THIRD SPECIAL DEFENSE

The plaintiff's claims are barred, in whole or in part, by the doctrine of waiver. Plaintiff expressly waived any environmental inspection recommended by plaintiff's home inspector.

### FOURTH SPECIAL DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of equitable estoppel.

## FIFTH SPECIAL DEFENSE

Count II and Count III which allege a Connecticut Unfair Trade Practices Act ("CUTPA") violation, pursuant to Connecticut General Statutes §42-110g *et seq.*, fail to properly set forth a CUTPA claim because plaintiff's counts fail to state the necessary elements of the "cigarette rule" as originally set forth in <u>McLaughlin Ford Inc. v. Ford Motor Company</u>, 192 Conn. 558, 566 (1984) and because the factual allegations in the plaintiff's Complaint relate to a single contractual transaction or single transaction of misrepresentation and fail to allege a pattern of unfair acts or practices apart from the purchase by the plaintiff, where a pattern is necessary to state a claim under the plain language of the CUTPA statute.

THE DEFENDANTS
NRT New England LLC dba Coldwell Banker Realty, Frank Balisciano and Nancy Silverstein

By: _____
Thomas E. Crosby, Esq. (#09-333CT)
Crosby Law Firm, LLC
23 Boston Street
Guilford, Connecticut 06437
Tel: (203) 458-8770
Fax: (203) 453-0548
Email: tom@crosbylawfirmllc.com

## CERTIFICATION

I hereby certify that on November 26, 2023, a copy of the foregoing NRT New England LLC dba Coldwell Banker Realty, Frank Balisciano and Nancy Silverstein's Answer and Special Defenses was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Attorney Todd S. Sharinn
1011 High Ridge Rd., Suite 305
Stamford, CT 06905
Tel: (203) 542-8418
tss@gtlslaw.com

Attorney Jon C. Leary, Esq.
675 Berlin Tpke.
Berlin, CT 06037
Tel: (860) 828-1071
jleary@jlearylaw.com

Attorney Bryan Wein
986 Bedford Street
Stamford, CT 06905
Tel: (203) 295-7408
bryanw@gtls.com

/s/ Thomas E. Crosby
Thomas E. Crosby, Esq.
Crosby Law Firm, LLC
23 Boston Street
Guilford, CT 06437
Phone: (203) 458-8770 / Fax: (203) 453-0548
Email: tom@crosbylawfirmllc.com